## IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| RENE N. SARAVIA, | § | No. 639, 2015 |
| Claimant Below, Appellant, | § § § § | |
| v. | § § | Court Below - Superior Court of the State of Delaware |
| CLOUDBURST, | § § | C.A. No. N14A-07-017 |
| Employer Below, Appellee. | § § § § | |

Submitted: June 8, 2016
Decided:  June 28, 2016

Before **STRINE**, Chief Justice; **VALIHURA** and **VAUGHN**, Justices.

## ORDER

This 28th day of June, 2016, the Court having considered this matter on the briefs filed by the parties has determined that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its opinion dated October 28, 2015.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

Justice